
ORIGINAL

**FILED**

07/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0023

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0023

FILED

JUL 2 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

CHARLES DANIEL SMITH,

Plaintiff and Appellant,

v.

CHARTER COMMUNICATIONS, INC.,

Defendant and Appellee.

ORDER

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Friday, September 23, 2022, at 9:30 a.m. at the Delta Hotels Helena Colonial in Helena, Montana, with an introduction to the oral argument beginning at 9:00 a.m.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellant and thirty (30) minutes for the Appellee.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Court will not entertain any motions to reschedule.

The Clerk is directed to provide a copy hereof to all counsel of record, to Elaine Gagliardi, Acting Dean, Alexander Blewett III School of Law, University of Montana, to Jordan Gross, Associate Dean of Academic Affairs, Alexander Blewett III School of Law, University of Montana, to Anthony Johnstone, Professor of Law, Alexander Blewett III School of Law, University of Montana, to John Mudd, Executive Director, State Bar of Montana, and to Molly C. Dwyer, Clerk of Court of the U.S. Court of Appeals for the Ninth Circuit.

DATED this 22 day of July, 2022.

For the Court,

By _____

Chief Justice